624

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH EARL BAKER, Alias JOSEPH E. BERENBAUM, Appellant. — Order unanimously reversed and matter remitted to Jefferson County Court for a hearing in accordance with the memorandum. Memorandum: The petition made out a prima facie showing of noncompliance with section 308 of the Code of Criminal Procedure which was "not conclusively refuted by unquestionable documentary proof contra". (*People* v. *Richetti*, 302 N. Y. 290, 296.) He was entitled to a hearing. (Appeal from order of Jefferson County Court denying, without a hearing, motion to vacate a judgment of conviction for burglary, third degree, rendered October 14, 1939.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.